ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22cr00096 |
|---|---|
| Plaintiff, | FIRST NOTICE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| vs. | |
| SIOSIFA POUILIEVA LAVULAVU, | |
| Defendant. | Judge Howard C. Nielson, Jr. |

The United States of America, by and through the undersigned, hereby files its first notice of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

| Description | Bates Numbers |
|---|---|
| Business Records, Financial Records, Background Information, Reports, Interview, Search Warrants, Photographs, Audio/Video, Social Media Details, and Phone Download produced via thumb drive (NOC 1) | *See attached discovery index* |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence,

statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation. The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time.  Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material.  Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

      c.      A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

      The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

      DATED this 24th day of March, 2022.

ANDREA T. MARTINEZ
United States Attorney


*/s/Jamie Z. Thomas*
JAMIE Z. THOMAS
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that on the 24th day of March, 2022, the FIRST CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be made available for download from USAfx, to the following:

**Poponatui Mato Sitake , Jr**
Sitake & Wright Attorneys at Law
474 N Main St
Springville, UT 84663
801-865-6087
Email: pona@sitake-wright.com

/s/ *Melissa McKinnon*
Melissa McKinnon, Supervisory Paralegal

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| Business Records | Enterprise | Enterprise Invoices for 10/21/2021 & 11/18/2021 Rentals for Tolu Moala | BR-ENT-TM-01-00001 | BR-ENT-TM-01-00002 | None | Subpoena | 1 |
| Credit Reports | Experian | Certificate of Authenticity | FI-EXP-01-00001 | FI-EXP-01-00001 | FI-EXP-01-00001 | Subpoena | 1 |
| | Experian | Instructional Information - Glossary | FI-EXP-01-00002 | FI-EXP-01-00002.08 | FI-EXP-01-00001 | Subpoena | 1 |
| | Experian | Instructional Information - How to Read a Credit Report | FI-EXP-01-00003 | FI-EXP-01-00003.08 | FI-EXP-01-00001 | Subpoena | 1 |
| | Experian | Naa, Vainiaku Magic (Credit Report) | FI-EXP-VN-01-00001 | FI-EXP-VN-01-00001.02 | FI-EXP-01-00001 | Subpoena | 1 |
| | Experian | Certificate of Authenticity | FI-EXP-02-00001 | FI-EXP-02-00001 | FI-EXP-02-00001 | Subpoena | 1 |
| | Experian | Lavulavu, Maheikau (Credit Report) | FI-EXP-ML-01-00001 | FI-EXP-ML-01-00001.04 | FI-EXP-02-00001 | Subpoena | 1 |
| | Experian | Lavulavu, Siosifa (Credit Report) | FI-EXP-SL-01-00001 | FI-EXP-SL-01-00001.03 | FI-EXP-02-00001 | Subpoena | 1 |
| Financial Instruments | Bancorp Bank | Certificate of Authenticity | FI-BC-01-00001 | FI-BC-01-00001 | FI-BC-01-00001 | Subpoena | 1 |
| | Bancorp Bank | Naa, Vainiaku (xx9428 Statements 7/17/2020 - 11/17/2021) | FI-BC-VN-01-00001 | FI-BC-VN-01-00001.05 | FI-BC-01-00001 | Subpoena | 1 |
| | Bancorp Bank | Naa, Vainiaku (xx4934 Statements for Card xx9623) | FI-BC-VN-02-00001 | FI-BC-VN-02-00001 | FI-BC-01-00001 | Subpoena | 1 |
| Financial Instruments | Bank of Utah | Certificate of Authenticity | FI-BOU-01-00001 | FI-BOU-01-00001 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC and Siosifa P Lavulavu (xx3437 Portfolio Information for Accounts xx9052 and xx6 | FI-BOU-CPWSL-01-00001 | FI-BOU-SC-CPW-01-00001 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC and Siosifa P Lavulavu (xx3437 Currency Transaction Reports) | FI-BOU-CPWSL-01-00002 | FI-BOU-CPWSL-01-00005.05 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Signature Card) | FI-BOU-SC-SL-01-00001 | FI-BOU-SC-SL-01-00001 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Debit Card Application) | FI-BOU-SL-01-00001 | FI-BOU-SL-01-00001 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 UT Driver's Licence of Siosifa P Lavulavu and Verification Report) | FI-BOU-SL-01-00002 | FI-BOU-SL-01-00003 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Statements 8/2021-2/2022) | FI-BOU-SL-01-00004 | FI-BOU-SL-01-00004.07 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Current Account Status 3/2022) | FI-BOU-SL-01-00005 | FI-BOU-SL-01-00005.02 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Deposits) | FI-BOU-SL-01-00006 | FI-BOU-SL-01-00006 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Signature Card) | FI-BOU-SC-CPW-01-00001 | FI-BOU-SC-CPW-01-00001 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, Articles of Organization, Certificate of Bene | FI-BOU-CPW-01-00001 | FI-BOU-CPW-01-00003.04 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, EIN) | FI-BOU-CPW-01-00004 | FI-BOU-CPW-01-00004 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, Entity Search Results) | FI-BOU-CPW-01-00005 | FI-BOU-CPW-01-00006.03 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, UT Driver's Licence of Siosifa P Lavulavu ar | FI-BOU-CPW-01-00007 | FI-BOU-CPW-01-00008 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Debit Card Application) | FI-BOU-CPW-01-00009 | FI-BOU-CPW-01-00009 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Statements) | FI-BOU-CPW-01-00010 | FI-BOU-CPW-01-00011.04 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Current Acount Status 3/2022) | FI-BOU-CPW-01-00012 | FI-BOU-CPW-01-00012 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Deposits) | FI-BOU-CPW-01-00013 | FI-BOU-CPW-01-00014.05 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Debits) | FI-BOU-CPW-01-00015 | FI-BOU-CPW-01-00017 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 ACH) | FI-BOU-CPW-01-00018 | FI-BOU-CPW-01-00018.04 | FI-BOU-01-00001 | Subpoena | 1 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Wires) | FI-BOU-CPW-01-00019 | FI-BOU-CPW-01-00019.04 | FI-BOU-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Certificate of Authenticity | FI-WFB-01-00001 | FI-WFB-01-00001.02 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Transaction Data (all below accounts) | FI-WFB-01-00002 | FI-WFB-01-00002 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Signature Card) | FI-WFB-SC-ML-01-00001 | FI-WFB-SC-ML-01-00001.02 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Statements) | FI-WFB-ML-01-00001 | FI-WFB-ML-01-00001.204 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Deposits) | FI-WFB-ML-01-00002 | FI-WFB-ML-01-00002.403 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Debits) | FI-WFB-ML-01-00003 | FI-WFB-ML-01-00003.09 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Currency Transaction Report) | FI-WFB-ML-01-00004 | FI-WFB-ML-01-00004.02 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Signature Card) | FI-WFB-SC-NTLH-01-00001 | FI-WFB-SC-NTLH-01-00001.05 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Statements) | FI-WFB-NTLH-01-00001 | FI-WFB-NTLH-01-00001.152 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Deposits) | FI-WFB-NTLH-01-00002 | FI-WFB-NTLH-01-00002.252 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Debits) | FI-WFB-NTLH-01-00003 | FI-WFB-NTLH-01-00003.168 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Wires) | FI-WFB-NTLH-01-00004 | FI-WFB-NTLH-01-00004.04 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Currency Transaction Report) | FI-WFB-NTLH-01-00005 | FI-WFB-NTLH-01-00005.02 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx4130 Signature Card) | FI-WFB-SC-ML-02-00001 | FI-WFB-SC-ML-02-00001 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx4130 Statements) | FI-WFB-ML-02-00001 | FI-WFB-ML-02-00001.111 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx4130 Currency Transaction Report) | FI-WFB-ML-02-00002 | FI-WFB-ML-02-00002.02 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Signature Card) | FI-WFB-SC-ML-03-00001 | FI-WFB-SC-ML-03-00001.02 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Statements) | FI-WFB-ML-03-00001 | FI-WFB-ML-03-00001.119 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Deposits) | FI-WFB-ML-03-00002 | FI-WFB-ML-03-00002.54 | FI-WFB-01-00001 | Subpoena | 1 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Currency Transaction Report) | FI-WFB-ML-03-00003 | FI-WFB-ML-03-00003.02 | FI-WFB-01-00001 | Subpoena | 1 |
| | Block | Certificate of Authenticity | FI-BLO-01-00001 | FI-BLO-01-00001 | FI-BLO-01-00001 | Subpoena | 1 |
| | Block | Instructional Information | FI-BLO-01-00002 | FI-BLO-01-00002 | FI-BLO-01-00001 | Subpoena | 1 |
| | Block | Naa, (Vainiaku) Magic (xx0MZY Account Information and Activity) | FI-BLO-VN-01-00001 | FI-BLO-VN-01-00001 | FI-BLO-01-00001 | Subpoena | 1 |
| | Block | Fungavaka, Vika (xxHM62 Account Information and Activity) | FI-BLO-VF-01-00001 | FI-BLO-VF-01-00001 | FI-BLO-01-00001 | Subpoena | 1 |
| | Block | Naa, Vainiaku (xxHMG8 Account Information and Activity) | FI-BLO-VN-02-00001 | FI-BLO-VN-02-00001 | FI-BLO-01-00001 | Subpoena | 1 |
| | Block | Naa, Vainiaku (xxHMG8 Correspondence dated 11/20/2020 re Account Closure) | FI-BLO-VN-02-00002 | FI-BLO-VN-02-00002 | FI-BLO-01-00001 | Subpoena | 1 |

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | Block, Inc. f/k/a Square, Inc. | Certificate of Authenticity | FI-BL-01-00001 | FI-BL-01-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Data Instructions | FI-BL-01-00002 | FI-BL-01-00002.02 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Mausia, Devin (xx0mc4 Account Details) | FI-BL-DM-01-00001 | FI-BL-DM-01-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Mausia, Devin (xxqm2n Account Details) | FI-BL-DM-02-00001 | FI-BL-DM-02-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Mausia, Devin Kawai (xx1y50 Account Details) | FI-BL-DKM-01-00001 | FI-BL-DKM-01-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Mausia, Julian (xxamv8 Account Details & Correspondence) | FI-BI-JM-01-00001 | FI-BI-JM-01-00002 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Mausia, Okustino (xxayam Account Details) | FI-BI-OM-01-00001 | FI-BI-OM-01-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Mausia, Okustino John (xxpmwh Account Details) | FI-BI-OJM-01-00001 | FI-BI-OJM-01-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Name Unknown (xxgyv7 Account Details) | FI-BI-NU-01-00001 | FI-BI-NU-01-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | Block, Inc. f/k/a Square, Inc. | Velozamausia, Devin (xxpmsw Account Details) | FI-BI-DV-01-00001 | FI-BI-DV-01-00001 | FI-BL-01-00001 | Subpoena | 1 |
| | JP Morgan Chase | Certificate of Authenticity | FI-JPMC-01-00001 | FI-JPMC-01-00001 | FI-JPMC-01-00001 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Siosifa (xx0882 Signature Card) | FI-JPMC-SC-SL-01-00001 | FI-JPMC-SC-SL-01-00001 | FI-JPMC-01-00001 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Siosifa (xx0882 Statements) | FI-JPMC-SL-01-00001 | FI-JPMC-SL-01-00001.176 | FI-JPMC-01-00001 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Siosifa (xx0882 Deposits) | FI-JPMC-SL-01-00002 | FI-JPMC-SL-01-00002.246 | FI-JPMC-01-00002 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Siosifa (xx0882 Withdrawals) | FI-JPMC-SL-01-00003 | FI-JPMC-SL-01-00003.31 | FI-JPMC-01-00003 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Siosifa (xx6893 Signature Card) | FI-JPMC-SC-SL-02-00001 | FI-JPMC-SC-SL-02-00001 | FI-JPMC-01-00004 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Siosifa (xx6893 Statements) | FI-JPMC-SL-02-00001 | FI-JPMC-SL-02-00001.76 | FI-JPMC-01-00005 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Siosifa (xx6893 Deposits) | FI-JPMC-SL-02-00002 | FI-JPMC-SL-02-00002.12 | FI-JPMC-01-00006 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Nanuma or Lavulavu, Siosifa (xx9576 Signature Card) | FI-JPMC-SC-NL-01-00001 | FI-JPMC-SC-NL-01-00001.03 | FI-JPMC-01-00006 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Nanuma or Lavulavu, Siosifa (xx9576 Statements) | FI-JPMC-NL-01-00001 | FI-JPMC-NL-01-00001.12 | FI-JPMC-01-00006 | Subpoena | 1 |
| | JP Morgan Chase | Lavulavu, Nanuma or Lavulavu, Siosifa (xx9576 Deposits) | FI-JPMC-NL-01-00002 | FI-JPMC-NL-01-00002.08 | FI-JPMC-01-00006 | Subpoena | 1 |
| | Security Services Credit Union | Certificate of Authenticity | FI-SSCU-01-00001 | FI-SSCU-01-00001 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx4000 Signature Card) | FI-SSCU-SC-VN-01-00001 | FI-SSCU-SC-VN-01-00001 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx4000 Statements) | FI-SSCU-VN-01-00001 | FI-SSCU-VN-01-00001.105 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx0451 Account Information) | FI-SSCU-VN-02-00001 | FI-SSCU-VN-02-00001 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx0451 Transaction History Report) | FI-SSCU-VN-02-00002 | FI-SSCU-VN-02-00002.36 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx1405 Account Information) | FI-SSCU-VN-03-00001 | FI-SSCU-VN-03-00001 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx1405 Transaction History Report) | FI-SSCU-VN-03-00002 | FI-SSCU-VN-03-00002.40 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xxx3961 CC Application) | FI-SSCU-VN-04-00001 | FI-SSCU-VN-04-00001.03 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xxx3961 Correspondence re CC Application) | FI-SSCU-VN-04-00002 | FI-SSCU-VN-04-00002.02 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xxx3961 CC Statements) | FI-SSCU-VN-04-00003 | FI-SSCU-VN-04-00003.57 | FI-SSCU-01-00001 | Subpoena | 1 |
| | Security Services Credit Union | Certificate of Authenticity | FI-SSCU-02-00001 | FI-SSCU-02-00001 | FI-SSCU-02-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx4000 Statements) | FI-SSCU-VN-01-00002 | FI-SSCU-VN-01-00002.02 | FI-SSCU-02-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx4000 Deposits) | FI-SSCU-VN-01-00003 | FI-SSCU-VN-01-00003.26 | FI-SSCU-02-00001 | Subpoena | 1 |
| | Security Services Credit Union | Naa, Vainiaku M (xx4000 Checks and Withdrawals) | FI-SSCU-VN-01-00004 | FI-SSCU-VN-01-00004.33 | FI-SSCU-02-00001 | Subpoena | 1 |
| | Venmo | Naa, Vainiaku Magic (xx5014 Funding Sources) | FI-VEN-VN-01-00001 | FI-VEN-VN-01-00001.02 | None | Subpoena | 1 |
| | Venmo | Naa, Vainiaku Magic (xx5014 Account Info and Transactions) | FI-VEN-VN-01-00002 | FI-VEN-VN-01-00002 | None | Subpoena | 1 |
| | Venmo | Scottie P., Porterville Magic (xx8643 Funding Sources) | FI-VEN-PS-01-00001 | FI-VEN-PS-01-00001 | None | Subpoena | 1 |
| | Venmo | Scottie P., Porterville Magic (xx8643 Account Info and Transactions) | FI-VEN-PS-01-00002 | FI-VEN-PS-01-00002 | None | Subpoena | 1 |
| | Venmo | Certificates of Authenticity | FI-VEN-01-00001 | FI-VEN-01-00002.02 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (Customer ID 30710254 Funding Sources, Credit Cards xx5569, xx7183, xx8841) | FI-VEN-ML-01-00001 | FI-VEN-ML-01-00001.03 | FI-VEN-01-00002 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx0539 Account Information) | FI-VEN-ML-02-00001 | FI-VEN-ML-02-00001.03 | FI-VEN-01-00002 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx0539 Activity Log) | FI-VEN-ML-02-00002 | FI-VEN-ML-02-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx0539 Transactions Log) | FI-VEN-ML-02-00003 | FI-VEN-ML-02-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx1294 Account Information) | FI-VEN-ML-03-00001 | FI-VEN-ML-03-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx1294 Activity Log) | FI-VEN-ML-03-00002 | FI-VEN-ML-03-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx1294 Transactions Log) | FI-VEN-ML-03-00003 | FI-VEN-ML-03-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx1612 Account Information) | FI-VEN-ML-04-00001 | FI-VEN-ML-04-00001.04 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx1612 Activity Log) | FI-VEN-ML-04-00002 | FI-VEN-ML-04-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx1612 Transactions Log) | FI-VEN-ML-04-00003 | FI-VEN-ML-04-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx2423 Account Information) | FI-VEN-ML-05-00001 | FI-VEN-ML-05-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx2423 Activity Log) | FI-VEN-ML-05-00002 | FI-VEN-ML-05-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx2423 Transactions Log) | FI-VEN-ML-05-00003 | FI-VEN-ML-05-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx4171 Account Information) | FI-VEN-ML-06-00001 | FI-VEN-ML-06-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx4171 Activity Log) | FI-VEN-ML-06-00002 | FI-VEN-ML-06-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx4171 Transactions Log) | FI-VEN-ML-06-00003 | FI-VEN-ML-06-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5031 Account Information) | FI-VEN-ML-07-00001 | FI-VEN-ML-07-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | Venmo | Lavulavu, Maheikau (xx5031 Activity Log) | FI-VEN-ML-07-00002 | FI-VEN-ML-07-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5031 Transactions Log) | FI-VEN-ML-07-00003 | FI-VEN-ML-07-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5531 Account Information) | FI-VEN-ML-08-00001 | FI-VEN-ML-08-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5531 Activity Log) | FI-VEN-ML-08-00002 | FI-VEN-ML-08-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5531 Transactions Log) | FI-VEN-ML-08-00003 | FI-VEN-ML-08-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5693 Account Information) | FI-VEN-ML-09-00001 | FI-VEN-ML-09-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5693 Activity Log) | FI-VEN-ML-09-00002 | FI-VEN-ML-09-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx5693 Transactions Log) | FI-VEN-ML-09-00003 | FI-VEN-ML-09-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx6417 Account Information) | FI-VEN-ML-10-00001 | FI-VEN-ML-10-00001.05 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx6417 Activity Log) | FI-VEN-ML-10-00002 | FI-VEN-ML-10-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx6417 Transactions Log) | FI-VEN-ML-10-00003 | FI-VEN-ML-10-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx7468 Account Information) | FI-VEN-ML-11-00001 | FI-VEN-ML-11-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx7468 Activity Log) | FI-VEN-ML-11-00002 | FI-VEN-ML-11-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Maheikau (xx7468 Transactions Log) | FI-VEN-ML-11-00003 | FI-VEN-ML-11-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Nanuma (xx1567 Account Information) | FI-VEN-NL-01-00001 | FI-VEN-NL-01-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Nanuma (xx1567 Activity Log) | FI-VEN-NL-01-00002 | FI-VEN-NL-01-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Nanuma (xx1567 Transactions Log) | FI-VEN-NL-01-00003 | FI-VEN-NL-01-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Nanuma (xx7173 Account Information) | FI-VEN-NL-02-00001 | FI-VEN-NL-02-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Nanuma (xx7173 Activity Log) | FI-VEN-NL-02-00002 | FI-VEN-NL-02-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Nanuma (xx7173 Transactions Log) | FI-VEN-NL-02-00003 | FI-VEN-NL-02-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (Customer ID 22696274 Funding Sources, Credit Cards xx1760 and xx8920) | FI-VEN-SL-01-00001 | FI-VEN-SL-01-00001.02 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx0401 Account Information) | FI-VEN-SL-02-00001 | FI-VEN-SL-02-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx0401 Activity Log) | FI-VEN-SL-02-00002 | FI-VEN-SL-02-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx0401 Transactions Log) | FI-VEN-SL-02-00003 | FI-VEN-SL-02-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Sifa (xx1017 Account Information) | FI-VEN-SL-03-00001 | FI-VEN-SL-03-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Sifa (xx1017 Activity Log) | FI-VEN-SL-03-00002 | FI-VEN-SL-03-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Sifa (xx1017 Transactions Log) | FI-VEN-SL-03-00003 | FI-VEN-SL-03-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx1346 Account Information) | FI-VEN-SL-04-00001 | FI-VEN-SL-04-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx1346 Activity Log) | FI-VEN-SL-04-00002 | FI-VEN-SL-04-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx1346 Transactions Log) | FI-VEN-SL-04-00003 | FI-VEN-SL-04-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx1521 Account Information) | FI-VEN-SL-05-00001 | FI-VEN-SL-05-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx1521 Activity Log) | FI-VEN-SL-05-00002 | FI-VEN-SL-05-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx1521 Transactions Log) | FI-VEN-SL-05-00003 | FI-VEN-SL-05-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx2069 Account Information) | FI-VEN-SL-06-00001 | FI-VEN-SL-06-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx2069 Activity Log) | FI-VEN-SL-06-00002 | FI-VEN-SL-06-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx2069 Transactions Log) | FI-VEN-SL-06-00003 | FI-VEN-SL-06-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx6643 Account Information) | FI-VEN-SL-07-00001 | FI-VEN-SL-07-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx6643 Activity Log) | FI-VEN-SL-07-00002 | FI-VEN-SL-07-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx6643 Transactions Log) | FI-VEN-SL-07-00003 | FI-VEN-SL-07-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx8347 Account Information) | FI-VEN-SL-08-00001 | FI-VEN-SL-08-00001.04 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx8347 Activity Log) | FI-VEN-SL-08-00002 | FI-VEN-SL-08-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx8347 Transactions Log) | FI-VEN-SL-08-00003 | FI-VEN-SL-08-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx9965 Account Information) | FI-VEN-SL-09-00001 | FI-VEN-SL-09-00001.03 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx9965 Activity Log) | FI-VEN-SL-09-00002 | FI-VEN-SL-09-00002 | FI-VEN-01-00001 | Subpoena | 1 |
| | Venmo | Lavulavu, Siosifa (xx9965 Transactions Log) | FI-VEN-SL-09-00003 | FI-VEN-SL-09-00003 | FI-VEN-01-00001 | Subpoena | 1 |
| Background | Background | Mr. Naa's Driver's License Details | BG-VN-01-00001 | BG-VN-01-00001.02 | N/A | Agent | 1 |
| | Background | Wage Details for Mr. Naa | BG-VN-01-00002 | BG-VN-01-00002 | N/A | Agent | 1 |
| | Background | Vehicle Information for Mr. Naa | BG-VN-01-00003 | BG-VN-01-00004.02 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 10/12/2021 opening case against Mr. Naa after receiving a call from CAL Ranch regarding purchase of numerous firearms in a short period of time | INV-ATF-01-00001 | INV-ATF-01-00001.03 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 10/20/2021 regarding review of surveillance video to determine Naa's vehicle | INV-ATF-01-00002 | INV-ATF-01-00002.02 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 01/28/2022 regarding execution of Search Warrant in Pleasant Grove, Utah o | INV-ATF-01-00003 | INV-ATF-01-00003.03 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 01/28/2022 regarding arrest of Mr. Naa on 01/21/2022 | INV-ATF-01-00004 | INV-ATF-01-00004 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 02/10/2022 regarding interview of Mr. Naa on 01/21/2022 | INV-ATF-01-00005 | INV-ATF-01-00005.03 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 02/02/20222 detailing mobile device extraction | INV-ATF-01-00006 | INV-ATF-01-00006.02 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 02/10/2022 regarding federal cell phone ping warrant for Mr. Naa's phone | INV-ATF-01-00007 | INV-ATF-01-00007 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 02/10/2022 regarding second federal cell phone ping warrant for Mr. Naa's p | INV-ATF-01-00008 | INV-ATF-01-00008 | N/A | Agent | 1 |
| | ATF | Report of Investigation dated 02/11/2022 documenting review of cell phone | INV-ATF-01-00009 | INV-ATF-01-00009.08 | N/A | Agent | 1 |

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | ATF | Report of Investigation dated 02/11/2022 intaking the data from the pen trap and trace, two cell phone pir | INV-ATF-01-00010 | INV-ATF-01-00010 | N/A | Agent | 1 |
| | ATF | American Fork Pawn-Firearm Transaction Report for 09/23/2019 purchase | INV-ATF-01-00011 | INV-ATF-01-00011.05 | N/A | Agent | 1 |
| | ATF | American Fork Pawn-Firearm Transaction Report for 07/17/2020 purchase | INV-ATF-01-00012 | INV-ATF-01-00012.05 | N/A | Agent | 1 |
| | ATF | American Fork Pawn-Firearm Transaction Report for 01/28/2021 purchase | INV-ATF-01-00013 | INV-ATF-01-00013.05 | N/A | Agent | 1 |
| | ATF | American Fork Pawn-Firearm Transaction Report for 05/15/2021 purchase | INV-ATF-01-00014 | INV-ATF-01-00014.05 | N/A | Agent | 1 |
| | ATF | American Fork Pawn-Firearm Transaction Report for 06/05/2021 purchase | INV-ATF-01-00015 | INV-ATF-01-00015.06 | N/A | Agent | 1 |
| | ATF | Big 5, American Fork-Firearm Transaction Report for 4/14/2020 purchase | INV-ATF-01-00016 | INV-ATF-01-00016.05 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 03/20/2020 purchase | INV-ATF-01-00017 | INV-ATF-01-00017.03 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 10/08/2020 purchase | INV-ATF-01-00018 | INV-ATF-01-00018.03 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 01/01/2021 purchase | INV-ATF-01-00019 | INV-ATF-01-00019.03 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 08/07/2021 purchase | INV-ATF-01-00020 | INV-ATF-01-00020.05 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 08/21/2021 purchase | INV-ATF-01-00021 | INV-ATF-01-00021.05 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 08/29/2021 purchase | INV-ATF-01-00022 | INV-ATF-01-00022.03 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 08/31/2021 purchase | INV-ATF-01-00023 | INV-ATF-01-00023.04 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 09/14/2021 purchase | INV-ATF-01-00024 | INV-ATF-01-00024.05 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 09/25/2021 purchase | INV-ATF-01-00025 | INV-ATF-01-00025.06 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 09/27/2021 purchase | INV-ATF-01-00026 | INV-ATF-01-00026.05 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 09/28/2021 purchase | INV-ATF-01-00027 | INV-ATF-01-00027.06 | N/A | Agent | 1 |
| | ATF | Cal Ranch-American Fork-Firearm Transaction Report for 10/01/2021 purchase | INV-ATF-01-00028 | INV-ATF-01-00028.07 | N/A | Agent | 1 |
| | ATF | Davidson Defense Store-Orem-Firearm Transaction Report for 09/03/2020 purchase | INV-ATF-01-00029 | INV-ATF-01-00029.05 | N/A | Agent | 1 |
| | ATF | Davidson Defense Store-Orem-Firearm Transaction Report for 03/15/2021 purchase | INV-ATF-01-00030 | INV-ATF-01-00030.04 | N/A | Agent | 1 |
| | ATF | Davidson Defense Store-Orem-Firearm Transaction Report for 09/23/2021 purchase | INV-ATF-01-00031 | INV-ATF-01-00031.05 | N/A | Agent | 1 |
| | ATF | Gunnies Orem-Firearm Transaction Report for 07/17/2021 purchase | INV-ATF-01-00032 | INV-ATF-01-00032.04 | N/A | Agent | 1 |
| | ATF | Gunnies Orem-Firearm Transaction Report for 07/19/2021 purchase | INV-ATF-01-00033 | INV-ATF-01-00033.05 | N/A | Agent | 1 |
| | ATF | Gunnies Orem-Firearm Transaction Report for 07/31/2021 purchase | INV-ATF-01-00034 | INV-ATF-01-00034.04 | N/A | Agent | 1 |
| | ATF | Gunnies Orem-Firearm Transaction Report for 08/21/2021 purchase | INV-ATF-01-00035 | INV-ATF-01-00035.05 | N/A | Agent | 1 |
| | ATF | Lenny's Guns & Ammo-Pleasant Grove Firearm Transaction Report for 04/15/2020 purchase | INV-ATF-01-00036 | INV-ATF-01-00036.03 | N/A | Agent | 1 |
| | ATF | Lenny's Guns & Ammo-Pleasant Grove Firearm Transaction Report for 09/30/2020 purchase | INV-ATF-01-00037 | INV-ATF-01-00037.03 | N/A | Agent | 1 |
| | ATF | Lenny's Guns & Ammo-Pleasant Grove Firearm Transaction Report for 08/12/2021 purchase | INV-ATF-01-00038 | INV-ATF-01-00038.03 | N/A | Agent | 1 |
| | ATF | Scheel's-Sandy-Firearm Transaction Report for 09/14/2021 purchase | INV-ATF-01-00039 | INV-ATF-01-00039.03 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 03/24/2020 purchase | INV-ATF-01-00040 | INV-ATF-01-00040.04 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 04/03/2020 purchase | INV-ATF-01-00041 | INV-ATF-01-00041.04 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 04/04/2020 purchase | INV-ATF-01-00042 | INV-ATF-01-00042.05 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 12/18/2020 purchase | INV-ATF-01-00043 | INV-ATF-01-00043.04 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 01/20/2021 purchase | INV-ATF-01-00044 | INV-ATF-01-00044.04 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 07/01/2021 purchase | INV-ATF-01-00045 | INV-ATF-01-00045.04 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 07/24/2021 purchase | INV-ATF-01-00046 | INV-ATF-01-00046.04 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 08/07/2021 purchase | INV-ATF-01-00047 | INV-ATF-01-00047.05 | N/A | Agent | 1 |
| | ATF | Xtreme Pawn-American Fork-Firearm Transaction Report for 09/16/2021 purchase | INV-ATF-01-00048 | INV-ATF-01-00048.05 | N/A | Agent | 1 |
| | ATF | Sale Summary Reports | INV-ATF-01-00049 | INV-ATF-01-00064 | N/A | Agent | 1 |
| | ATF | Trace Reports | INV-ATF-01-00065 | INV-ATF-01-00075.02 | N/A | Agent | 1 |
| | Recovered Gun Reports | Emeryville PD Report Incident Report on 11/20/2021 | INV-EPD-01-00001 | INV-EPD-01-00001.05 | N/A | Agent | 1 |
| | Recovered Gun Reports | Alameda County Sheriff's Office Incident Report on 11/30/2021 | INV-ACSO-01-00001 | INV-ACSO-01-00001.23 | N/A | Agent | 1 |
| | Recovered Gun Reports | Oakland PD Crime Report for 08/18/2021 | INV-OPD-01-00001 | INV-OPD-01-00001.05 | N/A | Agent | 1 |
| | Recovered Gun Reports | Los Angeles Sheriff's Department Incident Report for 06/30/2021 | INV-LASD-01-00001 | INV-LASD-01-00001.16 | N/A | Agent | 1 |
| | Recovered Gun Reports | West Jordan PD Incident Report for 11/15/2021 | INV-WJPD-01-00001 | INV-WJPD-01-00001.15 | N/A | Agent | 1 |
| | DHS | DHS Encounter History Hit List Query Report | INV-DHS-01-00001 | INV-DHS-01-00001 | N/A | Agent | 1 |
| | Interview | Interview of Mr. Naa | INT-VN-01-00001 | INT-VN-01-00001 | N/A | Agent | 1 |
| Warrants | Warrants | Search Warrant, Application, and Affidavit for Tracker Warrant | SW-01-00001 | SW-01-00003.07 | N/A | Agent | 1 |
| | Warrants | Tracker Data Spreadsheet | SW-01-00004 | SW-01-00004 | N/A | Agent | 1 |
| | Warrants | Ping Search Warrant, Application, and Affidavit for xx5854 under 2:21mj804 | SW-02-00001 | SW-02-00003.12 | N/A | Agent | 1 |
| | Warrants | Ping Search Warrant, Application, and Affidavit for xx5854 under 2:22mj1 | SW-03-00001 | SW-03-00003.14 | N/A | Agent | 1 |
| | Warrants | Pen Register Application and Order for xx5854 under 2:21sc154 | SW-04-00001 | SW-04-00002.05 | N/A | Agent | 1 |
| | Warrants | Pen and Ping Data Report | SW-04-00003 | SW-04-00003 | N/A | Agent | 1 |
| | Warrants | Search Warrant, Application, and Affidavit for a iPhone 12 under 22mj44 | SW-05-00001 | SW-05-00002.19 | N/A | Agent | 1 |
| | Warrants | Search Warrant, Application, and Affidavit for Residence | SW-06-00001 | SW-06-0003 | N/A | Agent | 1 |
| | Warrants | Residential Evidence Log | SW-06-00004 | SW-06-0004 | N/A | Agent | 1 |
| Photographs | Photographs | Photographs taken during execution of residential Search Warrant | PH-01-00001 | PH-01-00143 | N/A | Agent | 1 |

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| Audio/Video | Audio/Video | Video taken during execution of residential Search Warrant | AV-01-00001 | AV-01-00001 | N/A | Agent | 1 |
| Social Media | Facebook | Facebook Detail Screenshot for Mr. Naa | SM-FB-VN-01-00001 | SM-FB-VN-01-00001 | N/A | Agent | 1 |
| Phone Download | Phone Download | Cell Phone Download for Mr. Naa's phone (Produced in Native format) | PD-VN-01-00001 | PD-VN-01-00001 | N/A | Agent | 1 |

5